# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____GEORGIA_____

MICHAEL KATKA

V.

**SUMMONS IN A CIVIL ACTION**

TERRY MILLS, ROBERT BROWN, LISA
CALLAHAN, WILLIAM WALL, GEORGE
HERRIN, DAN KIRK, AND DAWN DIEDRICK

CASE NUMBER:   1:05-CV-954 **JOF**

TO: (Name and address of Defendant)

William Wall
3121 Panthersville Road,
Decatur, GA 30037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. EDWARD STAPLES
ATTORNEY AT LAW
P.O. BOX 460
1102 SOUTH MAIN STREET
CORNELIA, GEORGIA 30531

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

APR 2 0 2005

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>　　　District of　　　<u>GEORGIA</u>

MICHAEL KATKA

V.

TERRY MILLS, ROBERT BROWN, LISA
CALLAHAN, WILLIAM WALL, GEORGE
HERRIN, DAN KIRK, AND DAWN DIEDRICK

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:　1:05-CV-954  **JOF**

TO: (Name and address of Defendant)

George Herrin
3121 Panthersville Road,
Decatur, GA 30037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. EDWARD STAPLES
ATTORNEY AT LAW
P.O. BOX 460
1102 SOUTH MAIN STREET
CORNELIA, GEORGIA 30531

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 2 0 2005

LUTHER D. THOMAS

CLERK　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | GEORGIA |
|---|---|---|

MICHAEL KATKA

**SUMMONS IN A CIVIL ACTION**

V.

TERRY MILLS, ROBERT BROWN, LISA
CALLAHAN, WILLIAM WALL, GEORGE
HERRIN, DAN KIRK, AND DAWN DIEDRICK

CASE NUMBER:   1:05-CV-954 **JOF**

TO: (Name and address of Defendant)

Lisa Callahan
3121 Panthersville Road,
Decatur, GA 30037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. EDWARD STAPLES
ATTORNEY AT LAW
P.O. BOX 460
1102 SOUTH MAIN STREET
CORNELIA, GEORGIA 30531

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

APR 2 0 2005

LUTHER D. THOMAS

| CLERK | DATE |
|---|---|

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


                                              _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

NORTHERN                    District of                    GEORGIA

MICHAEL KATKA

## SUMMONS IN A CIVIL ACTION

V.

TERRY MILLS, ROBERT BROWN, LISA
CALLAHAN, WILLIAM WALL, GEORGE       CASE NUMBER:   1:05-CV-954   ~JOF
HERRIN, DAN KIRK, AND DAWN DIEDRICK

TO: (Name and address of Defendant)

    Robert Brown,
    3121 Panthersville Road,
    Decatur, GA 30037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    J. EDWARD STAPLES
    ATTORNEY AT LAW
    P.O. BOX 460
    1102 SOUTH MAIN STREET
    CORNELIA, GEORGIA 30531

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 2 0 2005

LUTHER D. THOMAS

CLERK

(By) DEPUTY CLERK                                        DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

NORTHERN      District of      GEORGIA

MICHAEL KATKA

V.

**SUMMONS IN A CIVIL ACTION**

TERRY MILLS, ROBERT BROWN, LISA
CALLAHAN, WILLIAM WALL, GEORGE
HERRIN, DAN KIRK, AND DAWN DIEDRICK

CASE NUMBER:   1:05-CV-954   **-JOF**

TO: (Name and address of Defendant)

TERRY MILLS
1600 Govenor's Drive,
Apt 1112,
Pensacola, FL 32514

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. EDWARD STAPLES
ATTORNEY AT LAW
P.O. BOX 460
1102 SOUTH MAIN STREET
CORNELIA, GEORGIA 30531

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

APR 2 0 2005

LUTHER D. THOMAS

CLERK

(BY) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                    *Signature of Server*


                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | GEORGIA |
|---|---|---|

MICHAEL KATKA

**SUMMONS IN A CIVIL ACTION**

V.

TERRY MILLS, ROBERT BROWN, LISA
CALLAHAN, WILLIAM WALL, GEORGE
HERRIN, DAN KIRK, AND DAWN DIEDRICK

CASE NUMBER:   1:05-CV-954 *-JOF*

TO: (Name and address of Defendant)

Dawn Diedrick
3121 Panthersville Road,
Decatur, GA 30037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. EDWARD STAPLES
ATTORNEY AT LAW
P.O. BOX 460
1102 SOUTH MAIN STREET
CORNELIA, GEORGIA 30531

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

| LUTHER D. THOMAS | | *4·21·05* |
|---|---|---|
| CLERK | | DATE |

*JKPinckney*

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                                    *Signature of Server*


                                                  _____
                                                  *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | GEORGIA |
|---|---|---|

MICHAEL KATKA

V.

**SUMMONS IN A CIVIL ACTION**

TERRY MILLS, ROBERT BROWN, LISA
CALLAHAN, WILLIAM WALL, GEORGE
HERRIN, DAN KIRK, AND DAWN DIEDRICK

CASE NUMBER:  1:05-CV-954 – *JOf*

TO: (Name and address of Defendant)

Dan Kirk
3121 Panthersville Road,
Decatur, GA 30037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. EDWARD STAPLES
ATTORNEY AT LAW
P.O. BOX 460
1102 SOUTH MAIN STREET
CORNELIA, GEORGIA 30531

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

*4-21-05*

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE<br>Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                              *Signature of Server*


                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.